#F 066852

ORIGINAL

FILED
JUL 1 6 2007
U.S. COURT OF FEDERAL CLAIMS

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THYSSENKRUPP USA, INC. AND SUBSIDIARIES, | § | |
| Plaintiff, | § | |
| v. | § | DOCKET NO. 07-529 T |
| THE UNITED STATES OF AMERICA, | § | |
| Defendant. | § | |

## COMPLAINT

Plaintiff, ThyssenKrupp USA, Inc. and Subsidiaries ("TKUSA"), brings this action against Defendant, the United States of America, for the payment of additional overpayment interest owed to Plaintiff for its tax year ending September 30, 2000 ("2000 tax year"), as follows:

## IDENTITY OF THE PARTIES

1. TKUSA is a corporation organized and existing under the laws of the State of Delaware and having a principal place of business at 3155 W. Big Beaver Road, Troy, Michigan 48084. TKUSA's taxpayer identification number is 22-2393554.

2. TKUSA timely filed Form 1120, U.S. Corporation Income Tax Return, for its 2000 tax year (the "2000 tax return") with the Internal Revenue Service Center in Detroit, Michigan. The following name, address, and employer identification number appeared on the 2000 tax return:

ThyssenKrupp USA, Inc.
3155 W. Big Beaver Rd., PO Box 5084
Troy, Michigan 48007-5084
Employer Identification Number: 22-2393554.

3. Defendant is the United States of America.

## JURISDICTION

4. Subject matter jurisdiction over Plaintiff's claims is conferred upon this Court by virtue of Section 1491 of Title 28 of the United States Code. This action is a civil action against the United States for the recovery of interest due and owing to Plaintiff based upon a claim against the United States founded upon an act of Congress and upon a regulation of an executive department.

5. TKUSA timely filed its 2000 tax return and requested a refund for a portion of the overpayment of tax reflected on the 2000 tax return.

6. The Internal Revenue Service (the "IRS") issued refunds for the overpayments of tax reflected on TKUSA's 2000 tax return on or about August 17, 2001, and October 12, 2001. TKUSA's claim concerns Defendant's failure to pay overpayment interest on these refunds from the date of overpayment of December 15, 2000.

7. This Complaint is timely filed because it is filed within six years from when the refunds were allowed and the cause of action first accrued. 28 U.S.C. §§ 2401, 2501.

## STATUTORY BASIS FOR THE SUIT

8. Plaintiff brings this suit to recover from Defendant additional overpayment interest (also referred to as statutory interest) allowable for Plaintiff's 2000 income tax year under section 6611 of the Internal Revenue Code.

## GROUNDS FOR RELIEF

9. The original due date of Plaintiff's tax return for the 2000 tax year was December 15, 2000. TKUSA timely filed an application for an automatic extension of time to file its tax return for the 2000 tax year, which the IRS received on December 14, 2000. The extended due date of TKUSA's 2000 tax return was June 15, 2001.

10. On June 15, 2001, TKUSA timely filed its 2000 income tax return, reflecting a tax liability of $19,792,828 and an overpayment of $35,891,031. TKUSA requested that $7,000,000 of the overpayment be credited to estimated tax for its 2001 income tax year and that the remaining $28,891,031 be refunded.

11. The overpayments of tax reflected on TKUSA's 2000 tax return were all made by December 15, 2000, the original due date of the return.

12. TKUSA's 2000 income tax return was filed in processible form in accordance with the requirements of Section 6611(g) of the Internal Revenue Code.

13. The IRS issued refunds for the overpayment of tax reflected on TKUSA's 2000 tax return on or about August 17, 2001, and October 12, 2001. These refunds were made more than 45 days after TKUSA filed its tax return on June 15, 2001.

14. The refund made on or about August 17, 2001, in the total amount of $29,128,257.41 included $237,226.41 of interest for the period from June 15, 2001, to August 17, 2001.

15. The refund made on or about October 12, 2001, in the amount of $3,442,790.20 included $32,526.29 of interest for the period from July 27, 2001, to October 12, 2001.

16. Under Section 6611 of the Internal Revenue Code and the regulations thereunder, overpayment interest was due TKUSA on the overpayments refunded on or about August 17, 2001, and October 12, 2001, from December 15, 2000, the date of the overpayments, to a date (to be determined by the Secretary) preceding the date of the refund check by not more than 30 days.

17. Defendant owes TKUSA additional overpayment interest of $1,021,453, computed as of June 30, 2007, on the refunds made on or about August 17, 2001, and October

12, 2001, for TKUSA's 2000 tax year, as shown on Plaintiff's Computation attached hereto as Exhibit A.

18. As a direct result of the additional allowable interest, the account balance for the 2000 tax year following the refund made on October 12, 2001, is in a smaller deficiency position than without the additional allowable interest. Therefore, less deficiency interest of $155,312 results, as shown on Plaintiff's Computation attached hereto as Exhibit A.

WHEREFORE, Plaintiff prays for judgment against the United States upon the facts and the law in the amount of $1,176,765, plus additional interest as provided by law, or such amount as may be legally payable, and such other relief as the Court deems appropriate.

Dated this 13th day of July, 2007.

Respectfully submitted,

Mary A. McNulty
Attorney of Record

Thompson & Knight L.L.P.
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201
Voice: (214) 969-1187
Fax: (214) 880-3182
Email: mary.mcnulty@tklaw.com

# Exhibit A

## Plaintiff's Computation

**490 Activity Summary - ThyssenKrupp USA, Inc.**

FED - 22-2393554 ThyssenKrupp USA, Inc. 1120 - Complaint Tax Period: 2000/09

| | | | |
|---|---|---|---|
| Run Method: | IRS Default | Module Status: | Open/(Open) |
| Interest To: | 06/30/2007 | | |
| GATT Method: | Retain Character (New) | GATT Date: | 01/01/1995 Amount: $10,000 |
| LCU Method: | Default IRS | LCU Interest Date: | 06/10/2005 Amount: $100,000 |
| Underpay Net Start: | All Dates Included | Overpay Net Start: | All Dates Included |

| Date Transcript | Date Start | Date Adj / End | Description | Susp/Equal | Principal | Balance |
|---|---|---|---|---|---|---|
| 09/17/2001 | | 12/15/2000 | 150 Return Filed & Assessed Tax Liab | | 19,792,828.00 | 19,792,828.00 |
| 06/15/2000 | | 12/15/2000 | 620 Initial Installment Payment | | (45,000,000.00) | (25,207,172.00) |
| 02/20/2006 | | 12/15/2000 | 300 Additional Tax Assessment By Exa | | 5,629,459.00 | (19,577,713.00) |
| Various | | 12/15/2000 | 660 Estimated Tax | | (9,200,000.00) | (28,777,713.00) |
| 01/15/2000 | | 12/15/2000 | 716 Generated Overpay Credit Applied | | (3,526,451.00) | (32,304,164.00) |
| 01/15/2000 | | 12/15/2000 | 710 Overpayment Credit Applied from | | (13,347,102.91) | (45,651,266.91) |
| 12/15/2000 | | 12/15/2000 | 766 Generated Refundable Credit Allo | | (20,569.00) | (45,671,835.91) |
| 12/15/2000 | | 12/15/2000 | 700 Credit Applied | | (2,527,160.99) | (48,198,996.90) |
| 01/15/2001 | 12/15/2000 | 01/15/2001 | 836 Overpayment Credit Elect to Next | (7,000,000.00) | 7,000,000.00 | (41,198,996.90) |
| 01/23/2001 | | | 840 Manual Refund | | 6,000,000.00 | (35,198,996.90) |
| 01/23/2001 | 12/15/2000 | 01/23/2001 | 1011 Suspend Overpayment Interest | (6,000,000.00) | | (35,198,996.90) |
| 01/23/2001 | | | 840 Manual Refund | | 6,000,000.00 | (29,198,996.90) |
| 01/23/2001 | 12/15/2000 | 01/23/2001 | 1011 Suspend Overpayment Interest | (6,000,000.00) | | (29,198,996.90) |
| 08/17/2001 | | | 840 Manual Refund | | 9,709,419.13 | (19,489,577.77) |
| 08/17/2001 | | | 840 Manual Refund | | 9,709,419.14 | (9,780,158.63) |
| 08/17/2001 | | | 840 Manual Refund | | 9,709,419.14 | (70,739.49) |
| 10/12/2001 | | | 840 Manual Refund | | 3,442,790.20 | 3,372,050.71 |
| 09/23/2002 | | 12/15/2001 | 295 Abatement of Tax with Interest C | | (10,841,772.00) | (7,469,721.29) |
| 09/04/2002 | 12/15/2001 | 09/04/2002 | 840 Manual Refund | (10,841,772.00) | 10,841,772.00 | 3,372,050.71 |
| 06/15/2005 | | | 660 Estimated Tax | | (29,770.77) | 3,342,279.94 |
| 07/20/2005 | | | 640 Advance Payment of Determined De | | (3,633,936.00) | (291,656.06) |

| Date | | Description | Amount | Factor | Interest | Balance |
|---|---|---|---|---|---|---|
| 12/15/2000 | | 150 Return Filed & Assessed Tax Liab | 19,792,828.00 | | | |
| | | 300 Additional Tax Assessment By Exa | 5,629,459.00 | | | |
| | | 620 Initial Installment Payment | (45,000,000.00) | | | |
| | | 660 Estimated Tax | (9,200,000.00) | | | |
| | | 700 Credit Applied | (2,527,160.99) | | | |
| | | 710 Overpayment Credit Applied from | (13,347,102.91) | | | |
| | | 716 Generated Overpay Credit Applied | (3,526,451.00) | | | |
| | | 766 Generated Refundable Credit Allo | (20,569.00) | | | (48,198,996.90) |
| 12/16/2000 | 01/15/2001 | Overpay GATT | (29,198,996.90) | 0.005527493 | (161,397.26) | |
| | | Overpay Suspended | (19,000,000.00) | | | (48,360,394.16) |
| 01/15/2001 | | 836 Overpayment Credit Elect to Next | 7,000,000.00 | | | (41,360,394.16) |
| 01/16/2001 | 01/23/2001 | Overpay GATT | (29,360,394.16) | 0.001425546 | (41,854.59) | |
| | | Overpay Suspended | (12,000,000.00) | | | (41,402,248.75) |
| 01/23/2001 | | 840 Manual Refund | 6,000,000.00 | | | |
| | | 840 Manual Refund | 6,000,000.00 | | | (29,402,248.75) |
| 01/24/2001 | 08/17/2001 | Overpay GATT | (29,402,248.75) | 0.032062455 | (942,708.28) | (30,344,957.03) |
| 08/17/2001 | | 840 Manual Refund | 9,709,419.14 | | | |
| | | 840 Manual Refund | 9,709,419.14 | | | |
| | | 840 Manual Refund | 9,709,419.13 | | | (1,216,699.62) |
| 08/18/2001 | 10/12/2001 | Overpay GATT | (1,216,699.62) | 0.006927569 | (8,428.77) | (1,225,128.39) |
| 10/12/2001 | | 840 Manual Refund | 3,442,790.20 | | | 2,217,661.81 |
| 10/13/2001 | 12/15/2001 | Underpay | 2,217,661.81 | 0.012348416 | 27,384.61 | 2,245,046.42 |
| 12/15/2001 | | 295 Abatement of Tax with Interest C | (10,841,772.00) | | | (8,596,725.58) |

Copyright © 2001-2006 Decision Modeling, Inc. www.dmitax.com 

**490 Activity Summary - ThyssenKrupp USA, Inc.**

FED - 22-2393554 ThyssenKrupp USA, Inc. 1120 - Complaint Tax Period: 2000/09

| Date | | Description | Amount | Factor | Interest | Balance |
|---|---|---|---|---|---|---|
| 12/16/2001 | 09/04/2002 | Overpay Suspended | (8,596,725.58) | | | (8,596,725.58) |
| 09/04/2002 | | 840 Manual Refund | 10,841,772.00 | | | 2,245,046.42 |
| 09/05/2002 | 06/10/2005 | Underpay | 2,245,046.42 | 0.145529987 | 326,721.58 | 2,571,767.99 |
| 06/11/2005 | 06/15/2005 | Underpay LCU | 2,571,767.99 | 0.001096371 | 2,819.61 | 2,574,587.61 |
| 06/15/2005 | | 660 Estimated Tax | (29,770.77) | | | 2,544,816.84 |
| 06/16/2005 | 07/20/2005 | Underpay LCU | 2,544,816.84 | 0.007699885 | 19,594.80 | 2,564,411.63 |
| 07/20/2005 | | 640 Advance Payment of Determined De | (3,633,936.00) | | | (1,069,524.37) |
| 07/21/2005 | 06/30/2007 | Overpay GATT | (1,069,524.37) | 0.100269439 | (107,240.61) | (1,176,764.98) |

| Account Summary: | As Computed | Per Transcript | Adjustment |
|---|---|---|---|
| Deficiency Interest | 376,520.59 | 531,832.54 | (155,311.95) |
| Overpayment Interest | (1,261,629.51) | (240,176.48) | (1,021,453.03) |
| Principal Balance | | | |
| | (885,108.92) | 291,656.06 | (1,176,764.98) |

Copyright © 2001-2006 Decision Modeling, Inc. www.dmitax.com