**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THYSSENKRUPP USA, INC.** | ) | |
| **AND SUBSIDIARIES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 07-529T** |
| **v.** | ) | **The Honorable Mary Ellen Coster Williams** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

NOTICE OF APPEARANCE

TO THE CLERK:

Please enter the appearance of W. C. Rapp as attorney of record for the United States.

Service of all papers by opposing parties should be addressed as follows:

W. C. Rapp, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: August 7, 2007

s/W. C. Rapp

W. C. Rapp, Esquire
U.S. Department Justice Department
Tax Division
Court of Federal Claims Section
202-307-0503
Fax: (202) 514-9440
William.C.Rapp@usdoj.gov