# In the United States Court of Federal Claims

**No. 07-529T**
**(Filed September 17, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| | * |
| **THYSSENKRUPP USA, INC. AND SUBSIDIARIES,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

---

On September 14, 2007, Defendant filed an unopposed motion for an enlargement of time of 60 days, to and including **November 13, 2007**, within which to answer Plaintiff's complaint. Good cause having been show, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**