Jun-12-07 09:55am From-ERNST & YOUNG LLP TAX DEPT 732-516-4412 T-518 P.012/012 F-313

Form **7004** (Rev. July 1998) Department of the Treasury Internal Revenue Service

# Application for Automatic Extension of Time To File Corporation Income Tax Return

OMB No. 1545-0233

Name of corporation: ThyssenKrupp USA, Inc.

Employer identification number: 22-2393554

Number, street, and room or suite no. (If a P.O. box or outside the United States, see instructions.): 3155 W. Big Beaver Rd., PO Box 5084

City or town, state, and ZIP code: Troy, MI 48007-5084

Check type of return to be filed:

- [X] Form 1120
- [ ] Form 1120-A
- [ ] Form 1120-F
- [ ] Form 1120-FSC
- [ ] Form 1120-H
- [ ] Form 1120-L
- [ ] Form 1120-ND
- [ ] Form 1120-PC
- [ ] Form 1120-POL
- [ ] Form 1120-REIT
- [ ] Form 1120-RIC
- [ ] Form 1120S
- [ ] Form 1120-SF
- [ ] Form 990-C
- [ ] Form 990-T

**Note:** *Other 990 filers (i.e., Form 990, 990-EZ, 990-BL, 990-PF, and certain filers of Form 990-T (see instructions)) must use form 2758 to request an extension of time to file.*

**Form 1120-F filers:** Check here if you do not have an office or place of business in the United States ▶ [ ]

1a I request an automatic 6-month (or, for certain corporations, 3-month) extension of time until June 15, 2001, to file the income tax return of the corporation named above for ▶ [ ] calendar year ______ or ▶ [ ] tax year beginning October 1, 1999, and ending September 30, 2000.

b If this tax year is for less than 12 months, check reason: [ ] Initial return [ ] Final return [ ] Change in accounting period [X] Consolidated return to be filed

2 If this application also covers subsidiaries to be included in a consolidated return, complete the following:

| Name and address of each member of the affiliated group | Employer identification number | Tax period |
|---|---|---|
| See attached | | 9/30/00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

RECEIVED DEC 14 2000 INTERNAL REVENUE SERVICE Collection - Walk-In Detroit, MI 48222

COPY

3 Tentative tax (see instructions) . . . 3 | 55,663,290

4 **Credits:**

a Overpayment credit from prior year . . . 4a | 13,463,290

b Estimated tax payments for the tax year . . . 4b | 54,200,000

c Less refund for the tax year applied for on Form 4466 . . . 4c | ( ) Bal ▶ 4d | 67,663,290

e Credit for tax paid on undistributed capital gains (Form 2439) . . . 4e |

f Credit for Federal tax on fuels (Form 4136) . . . 4f |

5 Total. Add lines 4d through 4f . . . 5 | 67,663,290

6 **Balance due.** Subtract line 5 from line 3. Deposit this amount electronically or with a Federal **Tax Deposit (FTD) Coupon** (see instructions) . . . 6 | -0-

**Signature.** — Under penalties of perjury, I declare that I have been authorized by the above-named corporation to make this application, and to the best of my knowledge and belief, the statements made are true, correct, and complete.

[signature] (Signature of officer or agent) Executive VP + Tax Officer (Title) 12/14/00 (Date)

**For Paperwork Reduction Act Notice, see instructions.** Form **7004** (Rev. 7-98)

ISA STF FED6632F

**Exhibit A**

```
22-2393554        MFT>02  TX-PRD>200109   PLN-NUM>        NM-CTRL>THYS
560R 01312005               0.00  20050608    29377-031-77500-5    ASED>12312005
560  07272005               0.00  20053108    29377-208-77500-5    ASED>06302006
300  02202006               0.00  20060608 X  29347-431-00003-6
                         DISP-CD>01
                     DATA-REF-NUM1>410 REF-CHG-DTA1>0055111203
                         ABST-NUM      ABST-AMT        ABST-NUM        ABST-AMT
                             886     47,613,780.00
421  02202006               0.00  20060608 X  29347-431-00003-6
971  01272006               0.00  20060608    29977-431-04085-6        971-CD>057
                       XREF-TIN>22-2393554       XREF-MFT>02  XREF-TX-PRD>200209
----------------------CONTROL BASE AND HISTORY INFORMATION-------------------------
C#  STATUS    ACT-DT    ACTION-EMP    ACTIVITY    RCVD-DT   ASSIGN-TO   CAT  ORG F S
H             10242006  0340404271   MOD UPDATE                                    R
------------------------MASTER FILE HISTORY SECTION--------------------------------
MF-STS   DATE          STATUS-AMOUNT        CYC
  04   02042002  EXT-DT>20020615          200204
  02   03252002  IND>    NTC-AO>22        200212
  10   08052002               0.00        200230
```

Employee #0340404271 Page 003 of 003 PAGE 001

```
      22-2393554      MFT>02  TX-PRD>200109    PLN-NUM>      NM-CTRL>THYS
29347-431-00003-6<DLN  FRGN TRANS  LRG-CORP>17             BOD-CD>SB CLIENT-CD>S
                                               MF-XTRCT-CYC>200643 SC-REASON-CD>HH
SC-STS>     MOD-BAL>                0.00
MF-STS>10   MOD-BAL>                0.00   CYC>200230 TODAYS-DT>10/24/2006
                                                  PRIMARY-LOC>3822
------------------------------            SBAO>22
ASED>06302006 FRZ>    -  |                   AIMS-CD>1 COLLECTION-ASGMT>00000000
CSED>         INTL>      | CAF>1
RSED>06152005            | NAICS-CD>551112
------------------------------                                                  GATT
FR>010100000020100000000000000000                                    DQ-MOD-FR>01
CS-CTRL-INFO>NO CASE CONTROLS
-----------------------------POSTED RETURN INFORMATION-----------------------------
RET-RCVD-DT>06172002                    CRD>06172002
 NET-TXBL-INCOME>          30,517,622.00-
CR-ELECT-TXPYR>              39,535.00-
-----------------------------------RETURN TRANSACTION-------------------------------
     T/C   POSTED      TRANS-AMOUNT          CYC     T          DLN
     150   08052002               0.00      200230     17311-180-48101-2

Employee #0340404271 Page 001 of 003  PAGE  002
```

```
      22-2393554      MFT>02  TX-PRD>200109    PLN-NUM>      NM-CTRL>THYS
--------------------------POSTED TRANSACTIONS SECTION----------------------------
      T/C  POSTED      TRANS-AMOUNT  CYC-DAY  T        DLN
      716  01152001  7,000,000.00-  20013608    17311-174-41700-1
                                              AVAILABILITY-DT>01182000
      620  12152001           0.00  20020408    17304-005-35158-2
                                                TENT-LIAB-TAX>            0.00
      460  02042002           0.00  20020408    17304-005-35158-2
                                                                EXT-DT>06152002
      620  02012002           0.00  20020908    17304-040-02381-2
                                                TENT-LIAB-TAX>            0.00
      770  01302002           0.00  20021008    38345-030-30000-2
      840  01302002   7,000,000.00  20021008    38345-030-30000-2
                                                                   DD>0
      766  12152001     39,535.00-  20023008    17311-180-48101-2
      836  01152002     39,535.00   20023008    17311-180-48101-2
      420R 07252002           0.00  20023108    29977-206-00000-2 AIMS-SRC-CD>01
                                 PBC>305    SBC>87700  EGC>1000
      290  08262002           0.00  20023308    29354-617-15283-2
                                       HOLD-CD>3
      290  09232002           0.00  20023708    29354-647-15428-2
                                       HOLD-CD>3
      960  08272004           0.00  20043608    57977-640-00412-4
Employee #0340404271 Page 002 of 003   PAGE  003
```

22-2393554 MFT>02 TX-PRD>200009 PLN-NUM> NM-CTRL>THYS

| | | | |
|---|---|---|---|
| 30 | 05112005 | 562,945,900.00 | 200606 |
| 12 | 09172001 | 32,301,294.91- | 200136 |
| 21 | 02202006 | 2,557,160.99 | 200606 |
| 12 | 04032006 | 0.00 | 200612 |

Employee #0340404271 Page 007 of 007 PAGE 001

```
22-2393554     MFT>02   TX-PRD>200009   PLN-NUM>       NM-CTRL>THYS
420R 05262005                0.00  20052208   29977-146-00000-5 AIMS-SRC-CD>40
                                  PBC>305    SBC>25010  EGC>1526
560R 05312005                0.00  20052308   29377-151-77500-5   ASED>12312005
560  07272005                0.00  20053108   29377-208-77500-5   ASED>06302006
570  07202005                0.00  20053308   17324-621-00203-5
640  07202005     3,633,936.00-  20053308   17324-621-00203-5
  XREF-TIN>22-2393554     XREF-MFT>02   XREF-TX-PRD>200509
                                                              EFTPS ELEC DPST
160  02202006                0.00  20060608   29347-431-00002-6
340  02202006        532,061.77  20060608   29347-431-00002-6
                                                        DB-CR-INT-TO-DT>02202006
                       CSED>20160220
772  02202006         29,576.22  20060608   29347-431-00002-6
300  02202006      5,629,459.00  20060608 X 29347-431-00002-6
              870-DT>07192005  CSED>20160220
                   DISP-CD>04
                DATA-REF-NUM1>410 REF-CHG-DTA1>0055111203
                   ABST-NUM      ABST-AMT      ABST-NUM      ABST-AMT
                       886    27,989,896.00
421  02202006                0.00  20060608 X 29347-431-00003-6
971  01272006                0.00  20060608   29977-431-04087-6      971-CD>057
                      XREF-TIN>22-2393554    XREF-MFT>02  XREF-TX-PRD>200209
Employee #0340404271 Page 005 of 007  PAGE  006
```

```
22-2393554     MFT>02   TX-PRD>200009   PLN-NUM>       NM-CTRL>THYS
570   12152000               0.00  20060908   29324-431-00252-6
700R 12152000      2,527,160.99-  20060908   29324-431-00252-6
  XREF-TIN>22-2393554     XREF-MFT>02   XREF-TX-PRD>199909
341   04032006            229.23-  20061208   83354-469-15023-6
                                                        DB-CR-INT-TO-DT>04032006
290   04032006               0.00  20061208   83354-469-15023-6
570   06152005               0.00  20061208   29324-469-00223-6
660   06152005         29,770.77-  20061208   29324-469-00223-6
  XREF-TIN>22-2393554     XREF-MFT>02   XREF-TX-PRD>200509
570   12152000               0.00  20062708   29324-579-00239-6
700   12152000      2,527,160.99-  20062708   29324-579-00239-6
  XREF-TIN>22-2393554     XREF-MFT>02   XREF-TX-PRD>199909
702   12152000      2,527,160.99   20063008   29324-431-00006-6
  XREF-TIN>22-2393554     XREF-MFT>02   XREF-TX-PRD>200009
----------------------CONTROL BASE AND HISTORY INFORMATION---------------------
C#  STATUS    ACT-DT    ACTION-EMP   ACTIVITY    RCVD-DT  ASSIGN-TO   CAT  ORG F S
H             10242006  0340404271  MOD UPDATE                                   R
----------------------------MASTER FILE HISTORY SECTION--------------------------
MF-STS   DATE         STATUS-AMOUNT     CYC
   02   05072001 IND>    NTC-AO>00   200118
   02   05142001 IND>1   NTC-AO>00   200120
   03   05212001 IND>7   NTC-AO>00   200121
Employee #0340404271 Page 006 of 007  PAGE  007
```

```
22-2393554     MFT>02  TX-PRD>200009   PLN-NUM>      NM-CTRL>THYS
840  01232001   6,000,000.00  20010808   38345-023-30100-1
                                                              DD>0
770  01232001           0.00  20010808   38345-023-30101-1
840  01232001   6,000,000.00  20010808   38345-023-30101-1
                                                              DD>0
766  12152000     20,569.00-  20013608   17311-174-41700-1
836  01152001   7,000,000.00  20013608   17311-174-41700-1
420R 09062001           0.00  20013708   29977-249-00000-1 AIMS-SRC-CD>01
                           PBC>211   SBC>00000  EGC>1000
770  08172001     79,075.47-  20013808   38345-229-20000-1
840  08172001   9,709,419.13  20013808   38345-229-20000-1
                                RFND-INT>        79,075.47-
                                                              DD>0
770  08172001     79,075.47-  20013808   38345-229-20001-1
840  08172001   9,709,419.14  20013808   38345-229-20001-1
                                RFND-INT>        79,075.47-
                                                              DD>0
770  08172001     79,075.47-  20013808   38345-229-20002-1
840  08172001   9,709,419.14  20013808   38345-229-20002-1
                                RFND-INT>        79,075.47-
                                                              DD>0
770  10122001     32,526.29-  20014708   38345-285-20102-1
Employee #0340404271 Page 003 of 007  PAGE  004
```

```
22-2393554     MFT>02  TX-PRD>200009   PLN-NUM>      NM-CTRL>THYS
840  10122001   3,442,790.20  20014708   38345-285-20102-1
                                RFND-INT>        32,526.29-
                                                              DD>0
421  05282002           0.00  20022308   29347-550-60060-2 DISP-CD>21
295  09232002  10,841,772.00- 20023708   29354-647-91255-2
           INT-CMPTN-DT>12152001 HOLD-CD>1           CR-INT-DT>08212002
290  09232002           0.00  20023708   29354-647-91255-2
                                HOLD-CD>1
                          ABST-NUM    ABST-AMT      ABST-NUM     ABST-AMT
                          886   54,208,862.00-
770  09042002           0.00  20023908   91345-247-21200-2
840  09042002  10,841,772.00  20023908   91345-247-21200-2
                                                              DD>0
424R 12192002           0.00  20025208   29377-353-20000-2  SOURCE-CD>05
                          PBC>305   SBC>25010  EGC>1526
420R 12262002           0.00  20030308   29977-360-00000-2 AIMS-SRC-CD>05
                             PBC>305   SBC>25010  EGC>1526
421  02092004           0.00  20040708   29347-442-60365-4 DISP-CD>31
560R 07262004           0.00  20043108   29977-610-70000-4   ASED>12312004
960  08272004           0.00  20043608   57977-640-00413-4
424R 05162005           0.00  20052108   29377-136-20000-5  SOURCE-CD>40
                          PBC>305   SBC>25010  EGC>1526
Employee #0340404271 Page 004 of 007  PAGE  005
```

22-2393554 MFT>02 TX-PRD>200009 PLN-NUM> NM-CTRL>THYS
29347-431-00002-6<DLN FRGN TRANS LRG-CORP>17 BOD-CD>SB CLIENT-CD>S
MF-XTRCT-CYC>200643 SC-REASON-CD>HH

SC-STS> MOD-BAL> 0.00
MF-STS>12 MOD-BAL> 0.00 CYC>200612 TODAYS-DT>10/24/2006
ARDI-CD>3 PRIMARY-LOC>3822
SBAO>22
ASED>06302006 FRZ>J -I | AIMS-CD>1 COLLECTION-ASGMT>00000000
CSED>09172011 INTL> | CAF>1
RSED>12152003 | NAICS-CD>999000
GATT
FR>0101000000201000000000000000000 C-CORP>1 2%-INT>06102005 DQ-MOD-FR>01
CS-CTRL-INFO>NO CASE CONTROLS

POSTED RETURN INFORMATION

RCC>0 MATH-STS-CD>2
RET-RCVD-DT>06152001 CRD>07272001 TX/TPR> 19,792,828.00
NET-CR-CLMD> 55,663,290.00-

NET-TXBL-INCOME> 53,749,564.00
CR-ELECT-TXPYR> 7,000,000.00- PR-EST-TX-BASE> 6,498,237.00

RETURN TRANSACTION

| T/C | POSTED | TRANS-AMOUNT | CYC | T | DLN |
|---|---|---|---|---|---|
| 150 | 09172001 | 19,792,828.00 | 200136 | | 17311-174-41700-1 |

Employee #0340404271 Page 001 of 007 PAGE 002

22-2393554 MFT>02 TX-PRD>200009 PLN-NUM> NM-CTRL>THYS

POSTED TRANSACTIONS SECTION

| T/C | POSTED | TRANS-AMOUNT | CYC-DAY | T | DLN |
|---|---|---|---|---|---|
| 620 | 06152000 | 45,000,000.00- | 20002508 | | 72319-167-14178-0 |
| | | | | | EFT-TRACE-NUM>491100167O4047409 |
| EFTPS ELEC DPST | | | | | |
| 716 | 01152000 | 3,526,451.00- | 20003208 | | 07311-204-45702-0 |
| | | | | | AVAILABILITY-DT>01151999 |
| 660R | 01182000 | 7,000,000.00- | 20003308 | | 17324-623-00201-0 |
| XREF-TIN>13-2938363 | | XREF-MFT>02 | XREF-TX-PRD>199909 | | |
| 570 | 01152000 | 0.00 | 20003708 | | 17348-645-00105-0 |
| 710 | 01152000 | 13,347,102.91- | 20003708 | | 17348-645-00105-0 |
| XREF-TIN>22-2393554 | | XREF-MFT>02 | XREF-TX-PRD>199909 | | |
| 662 | 01182000 | 7,000,000.00 | 20004008 | | 17324-623-00000-0 |
| XREF-TIN>22-2393554 | | XREF-MFT>02 | XREF-TX-PRD>200009 | | |
| 660 | 01182000 | 7,000,000.00- | 20004108 | | 17324-676-00200-0 |
| XREF-TIN>13-2938363 | | XREF-MFT>02 | XREF-TX-PRD>199909 | | |
| | | | | | EFTPS ELEC DPST |
| 660 | 03152000 | 2,200,000.00- | 20005008 | | 17334-729-00026-0 |
| XREF-TIN>22-2393554 | | XREF-MFT>02 | XREF-TX-PRD>199912 | | |
| | | | | | EFTPS ELEC DPST |
| 770 | 01232001 | 0.00 | 20010808 | | 38345-023-30100-1 |

Employee #0340404271 Page 002 of 007 PAGE 003





Exhibit A

# Credit Elect Analysis

## Thyssen Krupp & Subsidiaries; EIN 22-2393554

| | | | |
|---|---|---|---|
| 200009 credit elect to 200109 | → | $7,000,000 | |
| Credit Elect Used | 01/15/2001 | $0 | |
| Credit Elect Used | 03/15/2001 | $0 | |
| Credit Elect Used | 0615/2001 | $0 | |
| Credit Elect Used | 09/15/2001 | $0 | |
| **Unused Credit Elect** | | $7,000,000 | **deemed used 12/15/2001** |

The following analysis will demonstrate when the overpayment was used:

| Underpayment of Estimated Tax by Corporations<br>Tax Year Ended 200109 | | | | |
|---|---|---|---|---|
| Installment due dates | 1/15/2001 | 3/15/2001 | 6/15/2001 | 9/15/2001 |
| Req'd installments | 0 | 0 | 0 | 0 |
| Amounts paid *without regard* to credit elect from prior tax year | 0 | 0 | 0 | 0 |
| Excess credit from prior quarter | | 0 | 0 | 0 |
| Underpayment/(Overpayment) | 0 | 0 | 0 | 0 |

200009 deficiency **$5,629,459.00**

**Exhibit A**

FED - 22-2393554 THYSSEN KRUPP USA & SUBSIDIARIES 1120 Tax Period: 2000/09

| Date | | Description | Amount | Factor | Interest | Balance |
|---|---|---|---|---|---|---|
| 08/18/2001 | 10/12/2001 | Overpay GATT | (4,440,752.15) | 0.006927569 | (30,763.62) | |
| | | Overpay Suspended | (7,000,000.00) | | | (11,471,515.77) |
| 10/12/2001 | | 840 Manual Refund | 3,410,263.91 | | | |
| | | 1003 Refund Interest | 32,526.29 | | | (8,028,725.57) |
| 10/13/2001 | 12/15/2001 | Overpay GATT | (1,028,725.57) | 0.007921132 | (8,148.67) | |
| | | Overpay Suspended | (7,000,000.00) | | | (8,036,874.24) |
| 12/15/2001 | | 295 Abatement of Tax with Interest C | (10,841,772.00) | | | |
| | | 300 Additional Tax Assessment By Exa | 5,629,459.00 | | | |
| | | 700 Credit Applied | (2,527,160.99) | | | |
| | | 836 Overpayment Credit Elect to Next | 7,000,000.00 | | | (8,776,348.23) |
| 12/16/2001 | 09/04/2002 | Overpay Suspended | (8,776,348.23) | | | (8,776,348.23) |
| 09/04/2002 | | 840 Manual Refund | 10,841,772.00 | | | 2,065,423.77 |
| 09/05/2002 | 06/10/2005 | Underpay | 2,065,423.77 | 0.145529987 | 300,581.09 | 2,366,004.87 |
| 06/11/2005 | 06/15/2005 | Underpay LCU | 2,366,004.87 | 0.001096371 | 2,594.02 | 2,368,598.88 |
| 06/15/2005 | | 660 Estimated Tax | (29,770.77) | | | 2,338,828.11 |
| 06/16/2005 | 07/20/2005 | Underpay LCU | 2,338,828.11 | 0.007699885 | 18,008.71 | 2,356,836.82 |
| 07/20/2005 | | 640 Advance Payment of Determined De | (3,633,936.00) | | | (1,277,099.18) |
| 07/21/2005 | 02/28/2007 | Overpay GATT | (1,277,099.18) | 0.080228851 | (102,460.20) | (1,379,559.38) |

| Account Summary: | As Computed | Per Transcript | Adjustment |
|---|---|---|---|
| Deficiency Interest | 321,183.82 | 531,832.54 | (210,648.72) |
| Overpayment Interest | (1,409,087.14) | (240,176.48) | (1,168,910.66) |
| Principal Balance | | | |
| | (1,087,903.32) | 291,656.06 | (1,379,559.38) |

FED - 22-2393554 THYSSEN KRUPP USA & SUBSIDIARIES 1120 Tax Period: 2000/09

| | |
|---|---|
| Run Method: IRS Default | Module Status: Open/(Open) |
| Interest To: 02/28/2007 | |
| GATT Method: Retain Character (New) | GATT Date: 01/01/1995 Amount: $10,000 |
| LCU Method: Default IRS | LCU Interest Date: 06/10/2005 Amount: $100,000 |
| Underpay Net Start: All Dates Included | Overpay Net Start: All Dates Included |

| Date Transcript | Date Start | Date Adj / End | Description | Susp/Equal | Principal | Balance |
|---|---|---|---|---|---|---|
| 09/17/2001 | | 12/15/2000 | 150 Return Filed & Assessed Tax Liab | | 19,792,828.00 | 19,792,828.00 |
| 06/15/2000 | | 12/15/2000 | 620 Initial Installment Payment | | (45,000,000.00) | (25,207,172.00) |
| Various | | 12/15/2000 | 660 Estimated Tax | | (9,200,000.00) | (34,407,172.00) |
| 01/15/2000 | | 12/15/2000 | 716 Generated Overpay Credit Applied | | (3,526,451.00) | (37,933,623.00) |
| 01/15/2000 | | 12/15/2000 | 710 Overpayment Credit Applied from | | (13,347,102.91) | (51,280,725.91) |
| 12/15/2000 | | 12/15/2000 | 766 Generated Refundable Credit Allo | | (20,569.00) | (51,301,294.91) |
| 01/23/2001 | | | 840 Manual Refund | | 6,000,000.00 | (45,301,294.91) |
| 01/23/2001 | 12/15/2000 | 01/23/2001 | 1011 Suspend Overpayment Interest | (6,000,000.00) | | (45,301,294.91) |
| 01/23/2001 | | | 840 Manual Refund | | 6,000,000.00 | (39,301,294.91) |
| 01/23/2001 | 12/15/2000 | 01/23/2001 | 1011 Suspend Overpayment Interest | (6,000,000.00) | | (39,301,294.91) |
| 08/17/2001 | | | 840 Manual Refund | | 9,630,343.66 | (29,670,951.25) |
| 08/17/2001 | | | 1003 Refund Interest | | 79,075.47 | (29,591,875.78) |
| 08/17/2001 | | | 840 Manual Refund | | 9,630,343.67 | (19,961,532.11) |
| 08/17/2001 | | | 1003 Refund Interest | | 79,075.47 | (19,882,456.64) |
| 08/17/2001 | | | 840 Manual Refund | | 9,630,343.67 | (10,252,112.97) |
| 08/17/2001 | | | 1003 Refund Interest | | 79,075.47 | (10,173,037.50) |
| 10/12/2001 | | | 840 Manual Refund | | 3,410,263.91 | (6,762,773.59) |
| 10/12/2001 | | | 1003 Refund Interest | | 32,526.29 | (6,730,247.30) |
| 01/15/2001 | 12/15/2000 | 12/15/2001 | 836 Overpayment Credit Elect to Next | (7,000,000.00) | 7,000,000.00 | 269,752.70 |
| 09/23/2002 | | 12/15/2001 | 295 Abatement of Tax with Interest C | | (10,841,772.00) | (10,572,019.30) |
| 02/20/2006 | | 12/15/2001 | 300 Additional Tax Assessment By Exa | | 5,629,459.00 | (4,942,560.30) |
| 12/15/2000 | | 12/15/2001 | 700 Credit Applied | | (2,527,160.99) | (7,469,721.29) |
| 09/04/2002 | 12/15/2001 | 09/04/2002 | 840 Manual Refund | (10,841,772.00) | 10,841,772.00 | 3,372,050.71 |
| 06/15/2005 | | | 660 Estimated Tax | | (29,770.77) | 3,342,279.94 |
| 07/20/2005 | | | 640 Advance Payment of Determined De | | (3,633,936.00) | (291,656.06) |

| Date | | Description | Amount | Factor | Interest | Balance |
|---|---|---|---|---|---|---|
| 12/15/2000 | | 150 Return Filed & Assessed Tax Liab | 19,792,828.00 | | | |
| | | 620 Initial Installment Payment | (45,000,000.00) | | | |
| | | 660 Estimated Tax | (9,200,000.00) | | | |
| | | 710 Overpayment Credit Applied from | (13,347,102.91) | | | |
| | | 716 Generated Overpay Credit Applied | (3,526,451.00) | | | |
| | | 766 Generated Refundable Credit Allo | (20,569.00) | | | (51,301,294.91) |
| 12/16/2000 | 01/23/2001 | Overpay GATT | (32,301,294.91) | 0.006960919 | (224,846.69) | |
| | | Overpay Suspended | (19,000,000.00) | | | (51,526,141.60) |
| 01/23/2001 | | 840 Manual Refund | 6,000,000.00 | | | |
| | | 840 Manual Refund | 6,000,000.00 | | | (39,526,141.60) |
| 01/24/2001 | 08/17/2001 | Overpay GATT | (32,526,141.60) | 0.032062455 | (1,042,867.96) | |
| | | Overpay Suspended | (7,000,000.00) | | | (40,569,009.56) |
| 08/17/2001 | | 840 Manual Refund | 9,630,343.67 | | | |
| | | 840 Manual Refund | 9,630,343.67 | | | |
| | | 840 Manual Refund | 9,630,343.66 | | | |
| | | 1003 Refund Interest | 79,075.47 | | | |
| | | 1003 Refund Interest | 79,075.47 | | | |
| | | 1003 Refund Interest | 79,075.47 | | | (11,440,752.15) |

**FORM 843** **ATTACHMENT 1**

***EXPLANATION OF CLAIM FOR***
***Thyssen Krupp USA & Subsidiaries.***
***EIN: 22-2393554***
***TAXABLE YEAR ENDED 200009***

Part of this claim for refund relates to the deficiency interest assessed and paid in 2005 on the above tax year. The information that follows and the attachments will show that said interest has been overcharged by $210,649

The issue creating the overcharge of deficiency interest involves the start date for purposes of underpayment interest. There was a $7,000,000 overpayment that was elected to be applied to the 200109 income tax year. **Revenue Ruling 99-40** provides that deficiency interest does not begin to accrue on a deficiency that is less than or equal to the overpayment so elected prior to the date or dates it is used on the subsequent year's tax return in accordance with the May Department Stores and Sequa Corporation court cases.

In addition, a review of the Internal Revenue Service transcripts show that the IRS did not process Form 7004 for tax period ended 200009, which was timely filed by Thyssen Krupp USA & Subsidiaries, and date stamped by the IRS. As a result, the IRS did not pay the correct amount of overpayment interest to the taxpayer. Accordingly, Thyssen Krupp USA & Subsidiaries requests that the interest computation for the 200009 Form 1120 account be corrected by the Internal Revenue Service, and the resulting overpayment be refunded to them.

This claim is filed to request a refund of overcharged deficiency interest, as well as for additional overpayment interest due to the taxpayer, along with the appropriate statutory interest. The total refund payable as a result of this claim is **$1,379,559** as of **02/28/2007**.

**Attachment 2** provides an analysis of when the 2000 overpayment was used on the 2001 tax year. It illustrates that the overpayment was not used at all, and therefore interest is suspended until 12/15/2001.

**Attachment 3** is an interest analysis and computation which concludes that the correct deficiency interest is $321,184. This is $210,649 less than what was assessed and paid in 2005. The correct overpayment interest is $1,409,087. This is $1,168,911 more than what was allowed.

**Attachment 4** is a copy of the 200009 and 200109 transcripts of accounts.

**Attachment 5** is a copy of the timely filed Form 7004; note the IRS date stamp.

**Attachment 6** is Form 2848.

**Exhibit A**

Form **843** (Rev. November 2005) Department of the Treasury Internal Revenue Service

# Claim for Refund and Request for Abatement

► See separate instructions.

OMB No. 1545-0024

*Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties, or additions to tax on line 4a.*

***Do not** use Form 843 if your claim is for—*

- *An overpayment of income taxes;*
- *A refund for nontaxable use (or sales) of fuel; or*
- *An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.*

Type or print

| | |
|---|---|
| Name of claimant: Thyssen Krupp USA & Subsidiaries | Your SSN or ITIN |
| Address (number, street, and room or suite no.): 3155 W. Big Beaver Road | Spouse's SSN or ITIN |
| City or town, state, and ZIP code: Troy, MI 48084 | Employer identification number (EIN): 22 : 2393554 |
| Name and address shown on return if different from above | Daytime telephone number ( ) |

1 **Period.** Prepare a separate Form 843 for each tax period
From 10 / 01 / 1999 to 09 / 30 / 2000

2 Amount to be refunded or abated $ 1,379,559*

3a Type of tax, penalty, or addition to tax:
☐ Employment ☐ Estate ☐ Gift ☐ Excise (see instructions)
☑ ~~Penalty~~ Interest—IRC section ► IRC§6601 & 6611Interest

b Type of return filed (see instructions):
☐ 706 ☐ 709 ☐ 940 ☐ 941 ☐ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☑ Other (specify) 1120

4a Request for abatement or refund of:
☐ Interest as a result of IRS errors or delays.
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

b Dates of payment ►

5 **Explanation and additional claims.** Explain why you believe this claim should be allowed, and show the computation of your tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

**This claim is for overcharged deficiency interest based upon Rev. Rul. 99-40. See the following attachments for explanation and support:**

**Attachment 1 - Explanation of Claim**
**Attachment 2 - Credit Elect Analysis**
**Attachment 3 - Interest Analysis and Computation**
**Attachment 4 - IRS transcripts**

**Also, this claim is for additional overpayment interest as provided in IRC 6611. Internal Revenue Code Section 6611(b)(2) provides that interest shall be allowed and "paid in the case of a refund, from the date of the overpayment to a date preceding the refund check by not more than 30 days..." The due date of a return is defined in Treasury Regulations 301.6611-1(h)(2) as "the last day prescribed by law..." Moreover, Regulation 1.6072-2 specifies that the income tax return of a corporation shall be filed on or before the fifteenth day of the third month following the close of the taxable year. Further, Internal Revenue Code Section 6081(a) maintains that a reasonable extension of time may be granted for filing any return. Thyssen Krupp USA & Subsidiaries timely filed Form 7004 on December 14, 2000. The due date of the return was December 15, 2000, extended to June 15, 2001. As such, the taxpayer is entitled to a refund of overpayment interest from from the due date of the tax return to the date of the refund, as indicated above.**

**Attachment 5 - Copy of date Form 7004, dated stamped by the Internal Revenue Service.**

***plus statutory interest to the date of refund. Also, claimant seeks any further amounts as may be determined to be legally refundable, including any other computational issue with respect to the proper computation of interest in accordance with the Internal Revenue Code or Regulations or other precedent.**

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

[signature] Executive V Pres, Tax Officer — 3-6-07
Signature (Title, if applicable. Claims by corporations must be signed by an officer.) Date

Signature Date



**Exhibit A**

**490 Activity Summary - ThyssenKrupp USA, Inc.**

FED - 22-2393554 ThyssenKrupp USA, Inc. 1120 - Amended Complaint Tax Period: 2000/09

| | | | |
|---|---|---|---|
| Run Method: | IRS Default | Module Status: | Open/(Open) |
| Interest To: | 09/30/2007 | | |
| GATT Method: | Retain Character (New) | GATT Date: | 01/01/1995 Amount: $10,000 |
| LCU Method: | Default IRS | LCU Interest Date: | 06/10/2005 Amount: $100,000 |
| Underpay Net Start: | All Dates Included | Overpay Net Start: | All Dates Included |

| Date Transcript | Date Start | Date Adj / End | Description | Susp/Equal | Principal | Balance |
|---|---|---|---|---|---|---|
| 09/17/2001 | | 12/15/2000 | 150 Return Filed & Assessed Tax Liab | | 19,792,828.00 | 19,792,828.00 |
| 06/15/2000 | | 12/15/2000 | 620 Initial Installment Payment | | (45,000,000.00) | (25,207,172.00) |
| 02/20/2006 | | 12/15/2000 | 300 Additional Tax Assessment By Exa | | 5,629,459.00 | (19,577,713.00) |
| Various | | 12/15/2000 | 660 Estimated Tax | | (9,200,000.00) | (28,777,713.00) |
| 01/15/2000 | | 12/15/2000 | 716 Generated Overpay Credit Applied | | (3,526,451.00) | (32,304,164.00) |
| 01/15/2000 | | 12/15/2000 | 710 Overpayment Credit Applied from | | (13,347,102.91) | (45,651,266.91) |
| 12/15/2000 | | 12/15/2000 | 766 Generated Refundable Credit Allo | | (20,569.00) | (45,671,835.91) |
| 12/15/2000 | | | 700 Credit Applied | | (2,527,160.99) | (48,198,996.90) |
| 12/15/2000 | | | 1111 Miscellaneous Credit<br>TO SUSPEND ANNUAL INTEREST NETTING DURING DEBIT INTEREST FREE PERIOD PER IRM 20.2.14.4.2.3 | | (3,102,298.01) | (51,301,294.91) |
| 01/23/2001 | | | 840 Manual Refund | | 6,000,000.00 | (45,301,294.91) |
| 01/23/2001 | 12/15/2000 | 01/23/2001 | 1011 Suspend Overpayment Interest | (6,000,000.00) | | (45,301,294.91) |
| 01/23/2001 | | | 840 Manual Refund | | 6,000,000.00 | (39,301,294.91) |
| 01/23/2001 | 12/15/2000 | 01/23/2001 | 1011 Suspend Overpayment Interest | (6,000,000.00) | | (39,301,294.91) |
| 08/17/2001 | | | 840 Manual Refund | | 9,630,343.66 | (29,670,951.25) |
| 08/17/2001 | | | 1003 Refund Interest | | 79,075.47 | (29,591,875.78) |
| 08/17/2001 | | | 840 Manual Refund | | 9,630,343.67 | (19,961,532.11) |
| 08/17/2001 | | | 1003 Refund Interest | | 79,075.47 | (19,882,456.64) |
| 08/17/2001 | | | 840 Manual Refund | | 9,630,343.67 | (10,252,112.97) |
| 08/17/2001 | | | 1003 Refund Interest | | 79,075.47 | (10,173,037.50) |
| 10/12/2001 | | | 840 Manual Refund | | 3,410,263.91 | (6,762,773.59) |
| 10/12/2001 | | | 1003 Refund Interest | | 32,526.29 | (6,730,247.30) |
| 01/15/2001 | 12/15/2000 | 12/15/2001 | 836 Overpayment Credit Elect to Next | (7,000,000.00) | 7,000,000.00 | 269,752.70 |
| 09/23/2002 | | 12/15/2001 | 295 Abatement of Tax with Interest C | | (10,841,772.00) | (10,572,019.30) |
| 12/15/2001 | | | 1112 Miscellaneous Debit<br>TO SUSPEND ANNUAL INTEREST NETTING DURING DEBIT INTEREST FREE PERIOD PER IRM 20.2.14.4.2.3 | | 3,102,298.01 | (7,469,721.29) |
| 09/04/2002 | 12/15/2001 | 09/04/2002 | 840 Manual Refund | (10,841,772.00) | 10,841,772.00 | 3,372,050.71 |
| 06/15/2005 | | | 660 Estimated Tax | | (29,770.77) | 3,342,279.94 |
| 07/20/2005 | | | 640 Advance Payment of Determined De | | (3,633,936.00) | (291,656.06) |

| Date | | Description | Amount | Factor | Interest | Balance |
|---|---|---|---|---|---|---|
| 12/15/2000 | | 150 Return Filed & Assessed Tax Liab | 19,792,828.00 | | | |
| | | 300 Additional Tax Assessment By Exa | 5,629,459.00 | | | |
| | | 620 Initial Installment Payment | (45,000,000.00) | | | |
| | | 660 Estimated Tax | (9,200,000.00) | | | |
| | | 700 Credit Applied | (2,527,160.99) | | | |
| | | 710 Overpayment Credit Applied from | (13,347,102.91) | | | |
| | | 716 Generated Overpay Credit Applied | (3,526,451.00) | | | |
| | | 766 Generated Refundable Credit Allo | (20,569.00) | | | |
| | | 1111 Miscellaneous Credit | (3,102,298.01) | | | (51,301,294.91) |
| 12/16/2000 | 01/23/2001 | Overpay GATT | (32,301,294.91) | 0.006960919 | (224,846.69) | |
| | | Overpay Suspended | (19,000,000.00) | | | (51,526,141.60) |
| 01/23/2001 | | 840 Manual Refund | 6,000,000.00 | | | |

Copyright © 2001-2006 Decision Modeling, Inc. www.dmitax.com


Exhibit B

**490 Activity Summary - ThyssenKrupp USA, Inc.**

FED - 22-2393554 ThyssenKrupp USA, Inc. 1120 - Amended Complaint Tax Period: 2000/09

| Date | | Description | Amount | Factor | Interest | Balance |
|---|---|---|---|---|---|---|
| 01/23/2001 | | 840 Manual Refund | 6,000,000.00 | | | (39,526,141.60) |
| 01/24/2001 | 08/17/2001 | Overpay GATT | (32,526,141.60) | 0.032062455 | (1,042,867.96) | |
| | | Overpay Suspended | (7,000,000.00) | | | (40,569,009.56) |
| 08/17/2001 | | 840 Manual Refund | 9,630,343.67 | | | |
| | | 840 Manual Refund | 9,630,343.67 | | | |
| | | 840 Manual Refund | 9,630,343.66 | | | |
| | | 1003 Refund Interest | 79,075.47 | | | |
| | | 1003 Refund Interest | 79,075.47 | | | |
| | | 1003 Refund Interest | 79,075.47 | | | (11,440,752.15) |
| 08/18/2001 | 10/12/2001 | Overpay GATT | (4,440,752.15) | 0.006927569 | (30,763.62) | |
| | | Overpay Suspended | (7,000,000.00) | | | (11,471,515.77) |
| 10/12/2001 | | 840 Manual Refund | 3,410,263.91 | | | |
| | | 1003 Refund Interest | 32,526.29 | | | (8,028,725.57) |
| 10/13/2001 | 12/15/2001 | Overpay GATT | (1,028,725.57) | 0.007921132 | (8,148.67) | |
| | | Overpay Suspended | (7,000,000.00) | | | (8,036,874.24) |
| 12/15/2001 | | 295 Abatement of Tax with Interest C | (10,841,772.00) | | | |
| | | 836 Overpayment Credit Elect to Next | 7,000,000.00 | | | |
| | | 1112 Miscellaneous Debit | 3,102,298.01 | | | (8,776,348.23) |
| 12/16/2001 | 09/04/2002 | Overpay Suspended | (8,776,348.23) | | | (8,776,348.23) |
| 09/04/2002 | | 840 Manual Refund | 10,841,772.00 | | | 2,065,423.77 |
| 09/05/2002 | 06/10/2005 | Underpay | 2,065,423.77 | 0.145529987 | 300,581.09 | 2,366,004.87 |
| 06/11/2005 | 06/15/2005 | Underpay LCU | 2,366,004.87 | 0.001096371 | 2,594.02 | 2,368,598.88 |
| 06/15/2005 | | 660 Estimated Tax | (29,770.77) | | | 2,338,828.11 |
| 06/16/2005 | 07/20/2005 | Underpay LCU | 2,338,828.11 | 0.007699885 | 18,008.71 | 2,356,836.82 |
| 07/20/2005 | | 640 Advance Payment of Determined De | (3,633,936.00) | | | (1,277,099.18) |
| 07/21/2005 | 09/30/2007 | Overpay GATT | (1,277,099.18) | 0.115627542 | (147,667.84) | (1,424,767.02) |

| Account Summary: | As Computed | Per Transcript | Adjustment |
|---|---|---|---|
| Deficiency Interest | 321,183.82 | 531,832.54 | (210,648.72) |
| Overpayment Interest | (1,454,294.78) | (240,176.48) | (1,214,118.30) |
| Principal Balance | | | |
| | (1,133,110.96) | 291,656.06 | (1,424,767.02) |