# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **THYSSENKRUPP USA, INC. AND SUBSIDIARIES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 07-529T** |
| **v.** | ) | **The Honorable Mary Ellen Coster Williams** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION FOR ENLARGEMENT OF TIME

Defendant, the United States, respectfully moves the Court for an enlargement of time of 60 days, from November 13, 2007, to and including January 12, 2007, within which to answer or otherwise respond to the complaint in the above-captioned case. This is the second enlargement requested for this purpose, the first having been granted for a period of 60 days.

As good cause therefor, defendant states as follows:

The original complaint in this case sought the payment of additional interest with respect to alleged overpayments of federal corporate income tax. Immediately upon receipt of the Complaint, defendant's attorneys forwarded a copy to the Office of Chief Counsel, Internal Revenue Service, along with a request to assemble the relevant files, and to prepare a written recommendation respecting the legal position which the Government should adopt. On October 25, 2007, plaintiff filed an Amended Complaint, seeking the refund of deficiency interest (*i.e.*, interest paid on an underpayment of tax), alleged to have been overpaid. While both issues involve interest computation questions, the issue raised in the Amended Complaint is

otherwise unrelated to the issue raised in the Complaint as originally filed. A copy of the amended complaint was sent via email to the Office of Chief Counsel on October 29. Defendant's attorneys have not yet received the relevant files, nor the recommendation of the Chief Counsel, and will not receive them in time to accomplish timely filing of a response to the Complaint. Without these materials it is impossible to draft a meaningful response to the complaint. The time requested herein is therefore necessary for the Chief Counsel's attorneys to finish their work, and for defendant's attorneys to receive and review the files and recommendation, and to draft a response to the Complaint.

We are authorized to state that counsel for plaintiff has no objection to the granting of this motion.

WHEREFORE, defendant prays its motion be granted.

Respectfully submitted,

s/ W. C. Rapp

W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

RICHARD T. MORRISON
*Acting Assistant Attorney General*
DAVID D. GUSTAFSON
*Chief, Court of Federal Claims Section*
MARY M. ABATE
*Assistant Chief, Court of Federal Claims Section*

November 9, 2007

s/ Mary M. Abate

Of Counsel