# In the United States Court of Federal Claims

**No. 07-529T**
**(Filed November 14, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**THYSSENKRUPP USA, INC.** *
**AND SUBSIDIARIES,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

---

On November 9, 2007, Defendant filed an unopposed motion for an enlargement of time, to and including January 12, 2008, within which to answer or otherwise respond to Plaintiff's complaint. Good cause having been show, this motion is **GRANTED**. Defendant shall file its answer or otherwise respond to Plaintiff's complaint by **January 14, 2008.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**