# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THYSSENKRUPP U.S.A., INC. AND SUBSIDIARIES | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Docket No. 07-529 T |
| | § | The Honorable Mary Ellen Coster Williams |
| THE UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

## JOINT MOTION FOR SUSPENSION OF PROCEEDINGS

The parties hereby jointly[1] move for an indefinite suspension of proceedings, with joint status reports to be filed on May 1, 2008, and every 90 days thereafter setting forth the progress made by the parties to resolve this case. This is the first suspension requested.

Plaintiffs filed the Complaint in this case on July 16, 2007, and an Amended Complaint on October 25, 2007. Defendant filed its Answer on January 14, 2008. Since the filing of the Complaint, counsel for the Plaintiffs and Defendant have been discussing the factual and legal issues in this case and believe that it can be settled. Therefore, to avoid the inefficient use of resources that would result if the parties continued to prepare for trial, the parties hereby request that the proceedings in this case be suspended indefinitely for settlement negotiations.

The parties suggest that they file Joint Status Reports on May 1, 2008, and every 90 days thereafter setting forth the progress made by the parties to resolve the case. The parties suggest

[1] While this motion has been executed only by defendant's attorneys, it has been reviewed and approved as a joint submission by plaintiff's attorneys.

further that, if at any time either concludes that the case cannot be resolved by agreement, that party may file a motion to lift the suspension of proceedings, and the Joint Preliminary Status Report shall be due 45 days after the suspension is lifted.

Respectfully submitted,

/s W. C. Rapp

W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*(202) 307-0503*
*william.c.rapp2@usdoj.gov*

NATHAN J. HOCHMAN
*Assistant Attorney General*
DAVID D. GUSTAFSON
*Chief, Court of Federal Claims Section*
MARY M. ABATE
*Assistant Chief*

March 5, 2008

/s Mary M. Abate
Of Counsel