# In the United States Court of Federal Claims

**No. 07-529T**
**(Filed March 6, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**THYSSENKRUPP USA, INC. AND SUBSIDIARIES,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER GRANTING STAY OF PROCEEDINGS

---

On March 5, 2008, the parties filed a joint motion for a temporary stay of proceedings in this matter while the parties conduct settlement negotiations. Good cause having been shown, this motion is **GRANTED.**

The parties shall file a Joint Status Report on **May 1, 2008**, and every 90 days thereafter reporting on the progress of their settlement negotiations. If at any time either party concludes that the case cannot be resolved by agreement, that party may file a motion to lift the suspension of proceedings, and the Joint Preliminary Status Report shall be due 45 days after the suspension is lifted.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**