**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THYSSENKRUPP U.S.A., INC. AND SUBSIDIARIES | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Docket No. 07-529 T |
| | § | The Honorable Mary Ellen Coster Williams |
| THE UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

**JOINT STATUS REPORT**

In accordance with the Court's Order of March 6, 2008, the parties provide this report respecting the status of this case.

By memorandum dated April 25, 2008, defendant's trial attorney recommended that this case be resolved via administrative resolution. If this recommendation is approved on behalf of the Attorney General, it will result in dismissal of the case with prejudice, without further action by the Court. Because of the nature of the suit and the amount at issue, authority to act on behalf of the Attorney General has been delegated to the Chief of the Tax Division's Office of Review, after receipt of the recommendation of the Office of Chief Counsel, Internal Revenue Service. The recommendation of defendant's trial attorney was endorsed by the Assistant Chief, Court of Federal Claims Section, on April 28, and by the Chief of the Court of Federal Claims Section on April 30. On that day the case was transferred to the Office of Review for further evaluation and final action.

The parties continue to believe that the case can be resolved by agreement. Pursuant to the Order of March 6, 2008, unless instructed to do otherwise, the parties will report again respecting the status of this case on October 27, 2008.

Respectfully submitted,

s/ Mary A. McNulty

Mary A. McNulty
Attorney of Record
*Thompson & Knight L.L.P.*
*1722 Routh Street, Suite 1500*
*Dallas, Texas 75201-2533*
*(214) 969-1187 (voice)*
*(214) 880-3182 (fax)*
*mary.mcnulty@tklaw.com*

Attorney for Plaintiff

s/ W. C. Rapp

W. C. RAPP
Attorney of Record
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*(202) 307-0503 (voice)*
*(202) 514-9440 (fax)*
*william.c.rapp2@usdoj.gov*

NATHAN J. HOCHMAN
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
MARY M. ABATE
*Assistant Chief, Court of Federal Claims Section*

July 28, 2008

s/ Mary M. Abate

Of Counsel

Attorneys for Defendant